# UNITED STATES DISTRICT COURT
for the
District of Maryland

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

4:02 pm, Jan 27 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dazhon Darien | ) | Case No. 25-mj-0186-EA |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   December 2023 - June 2024   in the county of   Baltimore City   in the
_____ District of   Maryland  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Sexual Exploitation of Children |
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Grace E. Meyer*
*Complainant's signature*

Special Agent Grace Meyer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 27, 2025

*Judge's signature*

Hon. Erin Aslan, US Magistrate Judge
*Printed name and title*

City and state: _____